UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
        United States of America,

                                        Notice of Adjournment
                                           of Sentencing
        -against-

                                           7:19-CR-00375 (CS) (10)

        Charles Walton,
                         Defendant(s).
----------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **June 30, 2020 at 11:30 a.m.** is adjourned to **August 27, 2020 at 10:00 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                                                        /s/ Walter Clark, Courtroom Deputy

Dated: June 11, 2020
       White Plains, New York