UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      UNITED STATES OF AMERICA,

           -against-

                                7:19-CR-00375 (CS) (10)

      Charles Walton,
                    Defendant.
-----------------------------------------------------------X

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above titled case, the charging

papers, and all other pertinent parts of the record. The Report and Recommendation of the

Honorable Lisa M. Smith, United States Magistrate Judge, dated **June 30, 2020**, is approved and

accepted.

      The Clerk of the Court is directed to enter the plea.


      **SO ORDERED.**

Dated:   7/10/20
      White Plains, New York


                            _____
                                 Cathy Seibel
                         United States District Judge